Lodowick Holmes JONES, applt., v. Harry T. RAMSDELL et al., respts. (Appeal No. 1.) (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Order affirmed with $10 costs and disbursements. All concur; Lambert, J., not sitting.

Lodowick Holmes JONES, applt., v. Harry T. RAMSDELL et al., respts. (Appeal No. 2.) (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) The motion to strike from the files of this court respondents' brief is denied. Appellant's criticism is limited to the improper incorporation in such brief of certain matter not used upon the motion at Special Term. As to such part thereof the brief will be disregarded. No costs are allowed on this motion. All concur; Lambert, J., not sitting.

Lodowick Holmes JONES, applt., v. Harry T. RAMSDELL et al., respts. (Appeal No. 2.) (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion for leave to appeal to Court of Appeals denied with $10 costs. Motion for reargument denied.

Samuel JOSEPH, Respt., v. Harry JOSEPH et al., Applts. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

J. P. DUFFY CO. v. STAPLETON NAT. BANK. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Cecelia E. KAISER, Applt., v. NEW AMSTERDAM GAS CO., Impld., etc., Respt. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Emil G. KALDOR, Applt., v. Isaac STRAUSS et al., Respts. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Matter of Abram KAPLAN, dec'd. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed. Motion to open default denied, with $10 costs. Order filed.

Abraham L. KASS, Applt., v. Frank GENS et al., Respts. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

Harry KATZENELENSON, an infant, etc., respondent, v. Julius BRODY, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Motion denied, on condition that defendant make and serve his proposed case on or before the 1st day of July, 1916.

159 N.Y.S.—71

Charles KAYE, Respt., v. NEW YORK TIMES CO., Applt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

William C. KEELEY, respt., v. R. H. HOWES CONSTRUCTION CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that upon the question of defendant's negligence the verdict of the jury is against the weight of the evidence. All concur, except Foote and Lambert, JJ., who vote for reversal and dismissal of the complaint upon the ground that no actionable negligence was shown.

In the Matter of the Petition for a Discovery of Property withheld from Frank V. KELLY, Public Administrator, etc., as Administrator, etc., of Margaret Kable, etc., deceased. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Decree of the Surrogate's Court of Kings County affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Mary E. KELLY, respondent, v. The NASSAU ELECTRIC RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Stapleton, Rich, and Putnam, JJ., concur. Jenks, P. J., and Carr, J., dissent.

Nicholas G. KEMPF and one, as execrs., etc., plffs., v. William H. BIERS et al., defts., Frederick Biers, applt., and John T. Ryan, respt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion to dismiss appeal granted unless appellant file and serve printed papers on appeal and pay to respondent's attorney $10 within ten days.

John KENDRICK, Applt., v. CITY OF NEW YORK, Respt. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

In the Matter of Thomas B. KENT, as Testamentary trustee, etc., of Thomas Rutter, dec'd. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Appeal dismissed, with $10 costs and disbursements. No opinion. Order filed.

Rosey T. KENT, applt., v. Charles E. PALMER et al., respts. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Motion denied, with $10 costs.

Rosey T. KENT, applt., v. Charles E. PALMER et al., respts. (Supreme Court, Appellate Division, Third Department. May 18, 1916.) Order unanimously affirmed, with $10 costs and disbursements.

KENT MANUFACTURING CO., Respt., v. William H. WELLINGTON et al., Applts. (Supreme Court, Appellate Division, First De-